UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

SALVADOR ESPINOZA-MARTINES,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

Civil File No. 02-466 (RHK/AJB)

ORDER

Plaintiff, a prisoner at the Federal Correctional Institution in Waseca, Minnesota, has filed a complaint seeking relief under the Federal Tort Claims Act. (Docket No. 1.) Plaintiff did not tender the requisite filing fee with his complaint, but instead filed an application seeking leave to proceed in forma pauperis, ("IFP"). (Docket No. 2.) By order dated February 28, 2002, (Docket No. 3), the Court advised Plaintiff that his IFP application would not be addressed, and his action could not proceed, unless he paid the initial partial filing fee required by 28 U.S.C. § 1915(b)(1). Plaintiff has now paid his initial partial filing fee, (Docket No. 4), and the matter is therefore before the Court at this time for the purpose of determining whether Plaintiff should be allowed to prosecute his claims as an IFP litigant.

The Court finds that Plaintiff is eligible for IFP status, and that his IFP application should be GRANTED. This means that he will be allowed to bring the present action without pre-paying the full filing fee. He will, however, be required to pay the unpaid balance of the filing fee, (in this case $132.12), in installments pursuant to 28 U.S.C. § 1915(b)(2). The Clerk of Court shall provide notice of this requirement to the prison authorities at the institution where Plaintiff is confined.

MAR 27 2002
JUDGMENT ENTD
DEPUTY CLERK

Because IFP status has been granted, the U.S. Marshal will be directed to effect service of process on the named Defendant pursuant to 28 U.S.C. § 1915(d) and Fed. R. Civ. P. 4(c)(2).

The Court will defer any ruling on the adequacy of Plaintiff's pleading. (See 28 U.S.C. § 1915A.) If service of process is effected, Defendant will be required to file an answer or other responsive pleading, notwithstanding the provisions of 42 U.S.C. § 1997e(g). A copy of this Order shall be served with the summons and complaint, so that Defendant will be apprised of its obligation to file a responsive pleading.

Based upon the above, and upon all the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's application to proceed in forma pauperis, (Docket No. 2), is GRANTED;

2. Plaintiff shall pay the unpaid balance of the filing fee for this action, ($132.12), in the manner prescribed by 28 U.S.C. § 1915(b)(2), and the Clerk of Court shall provide notice of this requirement to prison authorities at the institution where Plaintiff is confined;

3. The Clerk shall issue a summons, and the U.S. Marshal shall effect service of process on the named Defendant;

4. A copy of this order shall be served by the Marshal with the summons and complaint; and

5. If service of process is effected, Defendant shall be required to file a response to Plaintiff's complaint.

Dated: March 26th, 2002

ARTHUR J. BOYLAN
United States Magistrate Judge