**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

Salvador Espinoza-Martinez,

Civil No. 02-466 RHK/AJB

Plaintiff,

v.

**ORDER TO SHOW CAUSE**

United States of America,

Defendant.

---

This matter has been filed as a civil action for personal injury damages pursuant to the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b) and 2671 et seq. It has been referred to the undersigned United States Magistrate Judge for report and recommendation pursuant to 28 U.S.C. § 636 and Local Rule 72.1. The matter is before the court on the government's motion for dismissal pursuant to Fed. R. Civ. P. 12(b)(1). The motion and supporting memorandum, filed with the court and served on plaintiff on June 3, 2002, alleges that the Inmate Accident Compensation Act, 18 U.S.C. § 4126, is plaintiff's exclusive remedy.

Plaintiff is **HEREBY ORDERED** to respond to the arguments contained in defendant's motion for Rule 12(b)(1) dismissal and accompanying memorandum and **SHOW CAUSE** why the complaint should not be dismissed. Failure to so respond to this Order will result in the Court's consideration of the motion without argument from the plaintiff and may result in a recommendation of dismissal of plaintiff's claims against the moving defendants in this case.



JUN 05 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Based on the foregoing, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that plaintiff shall file and serve a response to the arguments contained in defendant's motion and memorandum before July 5, 2002, showing cause why defendant's motion for dismissal pursuant to Fed. R. Civ. P. 12(b)(1) should not be granted. Failure by plaintiff to so respond to this Order will result in a consideration without argument from plaintiff and may result in recommendation of dismissal of plaintiff's claims.

Dated: 6/4/02

Arthur J. Boylan
United States Magistrate Judge